## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **SAUDDY NOEMI HERNANDEZ ONEILL**<br>SSN xxx-xx-1670<br>**JOAN LAUREANO COLON**<br>SSN xxx-xx-7319<br>Debtor(s) | CASE NO: **19-06674-BKT**<br><br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **11/14/2019**

Days From Petition Date: **50**

910 Days Before Petition: **05/18/2017**

Chapter 13 Plan Date: **11/14/2019** ☐ Amended

This is Debtor(s) 1 Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____  Amount: $ _____

First Meeting Date: **01/02/2020 at 9:00AM**

341 Meeting Date: **01/02/2020 at 9:00AM**

Confirmation Hearing Date: **02/07/2020 at 2:30PM**

Plan Base: **$14,220.00**   Plan Docket #**4**

This is the 1 scheduled meeting.

Total Paid In: **$237.00**

*APPEREANCES: ☐ Telephone   ☐ Video Conference

Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK          Joint Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK

☑ Examined   ☐ Not Examined under Oath            ☑ Examined   ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☑ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☑ Creditor(s) Present       ☐ None

FIRST BANK AND MONEY EXPRESS- ROMERO; BPPR- VILCHES

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$4,000.00**    Paid Pre-Petition: **$199.00**    Outstanding (Through the Plan): **$3,801.00**

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor's/s' Commitment Period: ☐ Under Median Income 36 months  ☑ Above Median Income 60 months §1325(b)(1)(B)
                                                                    Projected Disposable Income: $ 0.00

☐ The Trustee cannot determine debtor's/s' commitment period at this time.

Liquidation Value: $ 854.00     Estimated Priority Debt: $ 4268.00

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately ($3,414.00

The Trustee:      ☐ NOT OBJECTS    ☑ OBJECTS    Plan Confirmation    Gen. Uns. Approx. Dist.: ____ %

§341 Meeting    ☐ CONTINUED    ☐ NOT HELD    ☑ CLOSED    ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for:_____

Comments:

---

**\*TRUSTEE'S OBJECTIONS TO CONFIRMATION:** NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(4)] Plan fails Creditors Best Interest Test.

- Debtor must amend the Schedule C to specify the applicable exemption over the personal property.

[1325(a)(6)] Insufficiently Funded – Plan funding insufficient to comply with plan scheduled distribution or no sufficient information to determine it.

[1325(b)(1)(B)] Projected Disposable Income – Debtor(s) fails to apply projected disposable income, to be received during applicable commitment period, to make payments to unsecured creditors under the plan. [1322(a)(1)]

Debtor has failed to include a step up in the payment schedule upon the maturity of Debtor's car loan (October 2023).

**\*OTHER COMMENTS / OBJECTIONS**

- Debtor must submit copy of the Homestead Deed. It was shown at the meeting.

---

/s/ Jose R. Carrion, Esq.          Meeting Date: Jan 02, 2020
     **Trustee**

/s/ Mayra Arguelles, Esq., Presiding Officer

---

Last Docket Verified: 10    Last Claim Verified: 8