IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SAUDDY NOEMI HERNANDEZ ONEILL
JOAN LAUREANO COLON

DEBTOR(S)

CASE NUMBER: 19-06674/BKT

CHAPTER 13

## DEBTORS' MOTION CONCERNING AMENDMENT TO SCHEDULE "E/F" OFFICIAL FORM 106E/F

**TO THE HONORABLE COURT:**

**COME NOW, SAUDDY NOEMI HERNANDEZ ONEILL and JOAN LAUREANO COLON,** the Debtors through the undersigned attorney Counsel, and very respectfully state and pray as follows:

1. The Debtors hereby amend Schedule "E/F" to previously filed Schedule "E/F" Docket No. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: <u>*to include unsecured claim, account no. X0808, from creditor Universidad Central de Bayamon, PO Box 1725, Bayamon PR 00960; Del Valle Rodriguez Law Offices PSC, Jose Rafael Del Valle Rodriguez, Esq., PO Box 10590, San Juan PR 00918-1476, balance owed $3,240.00.*</u>

**WHEREFORE**, the Debtors pray that this Honorable Court take knowledge of said amendment and provide accordingly.

Page -2-
Debtors' Motion Concerning Amendment to Schedule "E/F"
Case no. 19-06674/BKT13

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: Debtor to his address of record; to the creditor affected by the amendment: _Universidad Central de Bayamon, PO Box 1725, Bayamon PR 00960; Del Valle Rodriguez Law Office PSC, Jose Rafael Del Valle Rodriguez, Esq., PO Box 10590, San Juan PR 00918-1476_; and creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 10th day of January 2020.

/s/ *Roberto Figueroa Carrasquillo*
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL. NO. (787) 744-7699 FAX (787) 746-5294
EMAIL: rfc@rfigueroalaw.com

Fill in this information to identify your case:

Debtor 1  SAUDDY NOEMI HERNANDEZ ONEILL
          First Name      Middle Name      Last Name

Debtor 2  JOAN LAUREANO COLON
(Spouse if, filing)  First Name      Middle Name      Last Name

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number  3:19-bk-6674
(if known)

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ■ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|
| 4.1 | **Claro**<br>Nonpriority Creditor's Name | Last 4 digits of account number  1947 | $768.00 |
| | PO Box 360998<br>San Juan, PR 00936-0998<br>Number Street City State Zip Code | When was the debt incurred?  2013-05-14 | |

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

### 4.2 Claro
Nonpriority Creditor's Name

PO Box 360998
San Juan, PR 00936-0998
Number Street City State Zip Code

Last 4 digits of account number **4388**

When was the debt incurred? **2015-03-11**

$678.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### 4.3 Claro
Nonpriority Creditor's Name

PO Box 360998
San Juan, PR 00936-0998
Number Street City State Zip Code

Last 4 digits of account number **2304**

When was the debt incurred? **2014-06-05**

$249.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### 4.4 Claro
Nonpriority Creditor's Name

PO Box 360998
San Juan, PR 00936-0998
Number Street City State Zip Code

Last 4 digits of account number **5009**

When was the debt incurred? **2012-02-21**

$135.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

| 4.5 | Discover Fin Svcs LLC | Last 4 digits of account number | 0261 | $1,499.00 |

Nonpriority Creditor's Name

When was the debt incurred? 2018-07

PO Box 15316
Wilmington, DE 19850-5316
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only  ☐ Contingent
☐ Debtor 2 only  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only  ☐ Disputed
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

| 4.6 | Internal Revenue Service | Last 4 digits of account number | 7319 | $3,775.69 |

Nonpriority Creditor's Name

When was the debt incurred? _____

PO Box 21126
Philadelphia, PA 19114-0326
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only  ☐ Contingent
■ Debtor 2 only  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only  ☐ Disputed
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify 2012-2013-2014

| 4.7 | Island Finance | Last 4 digits of account number | 8259 | $3,132.00 |

Nonpriority Creditor's Name

When was the debt incurred? 2017-01-11

PO Box 71504
San Juan, PR 00936-8604
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only  ☐ Contingent
☐ Debtor 2 only  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only  ☐ Disputed
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

Debtor 1 HERNANDEZ ONEILL, SAUDDY NOEMI &
Debtor 2 LAUREANO COLON, JOAN

Case number (if known) 3:19-bk-6674

---

### 4.8 Money Express
Nonpriority Creditor's Name

PO Box 9146
San Juan, PR 00908-0146
Number Street City State Zip Code

Last 4 digits of account number **1595**

When was the debt incurred? **2018-06-12**

**$4,501.00**

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

### 4.9 Syncb/Car Care Pep Boy
Nonpriority Creditor's Name

C/o
PO Box 965036
Orlando, FL 32896-5036
Number Street City State Zip Code

Last 4 digits of account number **8042**

When was the debt incurred? **2017-05**

**$2,087.00**

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

### 4.10 Syncb/Jc Penney Pr
Nonpriority Creditor's Name

PO Box 965007
Orlando, FL 32896-5007
Number Street City State Zip Code

Last 4 digits of account number **5788**

When was the debt incurred? **2016-06**

**$1,221.00**

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

Debtor 1 HERNANDEZ ONEILL, SAUDDY NOEMI &
Debtor 2 LAUREANO COLON, JOAN

Case number (if known) 3:19-bk-6674

---

**4.11** Syncb/Rooms to Go
Nonpriority Creditor's Name
C/o
PO Box 965036
Orlando, FL 32896-5036
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  2532
When was the debt incurred?  2017-01

$28.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

**4.12** Syncb/tjx Cos
Nonpriority Creditor's Name

PO Box 965015
Orlando, FL 32896-5015
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  0961
When was the debt incurred?  2015-06

$1,433.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

**4.13** Syncb/Walmart
Nonpriority Creditor's Name

PO Box 30281
Salt Lake City, UT 84130-0281
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  5273
When was the debt incurred?  2014-10

$2,996.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| Debtor 1 | HERNANDEZ ONEILL, SAUDDY NOEMI & |
|---|---|
| Debtor 2 | LAUREANO COLON, JOAN |

Case number (if known): 3:19-bk-6674

| 4.14 | Syncb/Walmart | Last 4 digits of account number | 0829 | $166.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

PO Box 30281
Salt Lake City, UT 84130-0281
Number Street City State Zip Code

When was the debt incurred? 2013-05

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.15 | Thd/Cbna | Last 4 digits of account number | 2868 | $525.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

PO Box 6497
Sioux Falls, SD 57117-6497
Number Street City State Zip Code

When was the debt incurred? 2017-07

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.16 | Universidad Central de Bayamon | Last 4 digits of account number | 0808 | $3,240.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

PO Box 1725
Bayamon, PR 00960
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Civil no. TB2019CV00808

**Part 3: List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Debtor 1 | HERNANDEZ ONEILL, SAUDDY NOEMI & | | |
|---|---|---|---|
| Debtor 2 | LAUREANO COLON, JOAN | Case number (if known) | 3:19-bk-6674 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| CICA Collection Agency, Inc<br>PO Box 12338<br>San Juan, PR 00914-0338 | Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **5009** |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Del Valle Rodriguez Law Offices PSC<br>Lcdo Jose Rafael Del Valle Rodriguez<br>PO Box 10590<br>San Juan PR 00918-1476 | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **0808** |

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total Claim |
|---|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | Student loans | 6f. | $ | 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 26,433.69 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 26,433.69 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | SAUDDY NOEMI HERNANDEZ ONEILL |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | JOAN LAUREANO COLON |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) | 3:19-bk-6674 |

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ SAUDDY NOEMI HERNANDEZ ONEILL  
SAUDDY NOEMI HERNANDEZ ONEILL  
Signature of Debtor 1

Date January 10, 2020

X /s/ JOAN LAUREANO COLON  
JOAN LAUREANO COLON  
Signature of Debtor 2

Date January 10, 2020

```
Label Matrix for local noticing              BANCO POPULAR DE PUERTO RICO, SERVICER FOR F    POPULAR AUTO LLC
0104-3                                       C/O SARLAW LLC                                  PO BOX 366818
Case 19-06674-BKT13                          BANCO POPULAR CENTER, SUITE 1022                SAN JUAN, PR 00936-6818
District of Puerto Rico                      209 MUNOZ RIVERA AVE
Old San Juan                                 SAN JUAN, PR 00918
Fri Jan 10 15:11:59 AST 2020

US Bankruptcy Court District of P.R.         BANCO POPULAR DE PUERTO RICO                    Banco Popular de Puerto Rico
Jose V Toledo Fed Bldg & US Courthouse       SERVICER FOR FREDDIE MAC                        Bankruptcy Department
300 Recinto Sur Street, Room 109             PO BOX 362708(762)                              PO Box 366818
San Juan, PR 00901-1964                      SAN JUAN PR 00936-2708                          San Juan, PR 00936-6818


CICA Collection Agency, Inc                  Capital One Bank (USA), N.A.                    Claro
PO Box 12338                                 by American InfoSource as agent                 PO Box 360998
San Juan, PR 00914-0338                      PO Box 71083                                    San Juan, PR 00936-0998
                                             Charlotte, NC 28272-1083


Discover Bank                                Discover Fin Svcs LLC                           FIRST BANK
Discover Products Inc                        PO Box 15316                                    CONSUMER SERVICE CENTER
PO Box 3025                                  Wilmington, DE 19850-5316                       BANKRUPTCY DIVISION -CODE 248
New Albany, OH 43054-3025                                                                    PO BOX 9146, SAN JUAN PR 00908-0146


(p)INTERNAL REVENUE SERVICE                  Island Finance                                  MONEY EXPRESS
CENTRALIZED INSOLVENCY OPERATIONS            PO Box 71504                                    CONSUMER SERVICE CENTER
PO BOX 7346                                  San Juan, PR 00936-8604                         BANKRUPTCY DIVISION (CODE 248)
PHILADELPHIA PA 19101-7346                                                                   PO BOX 9146 SAN JUAN PR 00908-0146


Money Express                                Syncb/Car Care Pep Boy                          Syncb/Jc Penney Pr
PO Box 9146                                  C/o                                             PO Box 965007
San Juan, PR 00908-0146                      PO Box 965036                                   Orlando, FL 32896-5007
                                             Orlando, FL 32896-5036


Syncb/Rooms to Go                            Syncb/Walmart                                   Syncb/tjx Cos
C/o                                          PO Box 30281                                    PO Box 965015
PO Box 965036                                Salt Lake City, UT 84130-0281                   Orlando, FL 32896-5015
Orlando, FL 32896-5036


Synchrony Bank                               Thd/Cbna                                        JOAN LAUREANO COLON
c/o of PRA Receivables Management, LLC       PO Box 6497                                     RR6 BOX 6936
PO Box 41021                                 Sioux Falls, SD 57117-6497                      TOA ALTA, PR 00953-9320
Norfolk, VA 23541-1021


JOSE RAMON CARRION MORALES                   MONSITA LECAROZ ARRIBAS                         ROBERTO FIGUEROA CARRASQUILLO
PO BOX 9023884                               OFFICE OF THE US TRUSTEE (UST)                  PO BOX 186
SAN JUAN, PR 00902-3884                      OCHOA BUILDING                                  CAGUAS, PR 00726-0186
                                             500 TANCA STREET SUITE 301
                                             SAN JUAN, PR 00901


SAUDDY NOEMI HERNANDEZ ONEILL
RR6 BOX 6936
TOA ALTA, PR 00953-9320
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Popular Auto
PO Box 366818
San Juan, PR  00936-6818

End of Label Matrix
Mailable recipients   27
Bypassed recipients    1
Total                 28