IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>SAUDDY HERNANDEZ ONEILL<br><br>Debtor | CASE NO. 19-06674<br><br>CHAPTER 13 |

## NOTICE OF APPEARANCE

Charline Michelle Jimenez Echevarria files this appearance as attorney of record for creditor Island Portfolio Services, LLC as servicer of ACE One Funding, LLC the above case and requests the Clerk to add the undersigned to the service matrix for the case.

**I HEREBY CERTIFY** that, on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this January 22, 2020.

By: s/Charline Michelle Jiménez-Echevarría
Attorney for unsecured creditor
USDC-PR: 306010
P.O. Box 191134
San Juan, PR 00919-1134
Tel. (787) 432-6639
lawyer@cjlegalcounsel.com