# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**SAUDDY NOEMI HERNANDEZ ONEILL**<br>**dba Sauddy's Screens**<br>**JOAN LAUREANO COLON**<br><br>xxx–xx–1670<br>xxx–xx–7319<br><br>Debtor(s) | Case No. **19–06674 BKT**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 2/13/20 |

## *ORDER GRANTING UNOPPOSED MOTION*

This case is before the Court on the following motion: objection to debtor's claim of exemptions 32 P.R.L.A. §1130 (1), (2), (8), (11), (14 filed by Jose Carrion Chapter 13 Trustee, docket #15.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.
In San Juan, Puerto Rico, this Thursday, February 13, 2020 .

*Brian K. Tester*
United States Bankruptcy Judge