```
                                United States Bankruptcy Court
                                    District of Puerto Rico

In re:                                                              Case No. 19-06674-BKT
SAUDDY NOEMI HERNANDEZ ONEILL                                       Chapter 13
JOAN LAUREANO COLON
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0104-3          User: borregom              Page 1 of 2        Date Rcvd: May 06, 2020
                              Form ID: pdf001             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2020.
db/jdb         +SAUDDY NOEMI HERNANDEZ ONEILL,    JOAN LAUREANO COLON,    RR6 BOX 6936,    TOA ALTA, PR 00953-9320
aty             MAYRA M ARGUELLES ALVAREZ (ZF),    JOSE R CARRION CHAPTER 13,    PO BOX 9023884,
                 SAN JUAN, PR   00902-3884
smg             FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR   00902-0192
cr              BANCO POPULAR DE PUERTO RICO, SERVICER FOR FREDDIE,    C/O SARLAW LLC,
                 BANCO POPULAR CENTER, SUITE 1022,    209 MUNOZ RIVERA AVE,    SAN JUAN, PR   00918
cr             +ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF ACE O,    PO BOX 361110,    SAN JUAN, PR 00936-1110
4785076         CICA Collection Agency, Inc,    PO Box 12338,    San Juan, PR   00914-0338
4805388         Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD   57108-5027
4785077         Claro,    PO Box 360998,    San Juan, PR   00936-0998
4804663        +DEL VALLE RODRIGUEZ LAW OFFICES PSC,    LCDO JOSE RAFAEL DEL VALLE RODRIGUEZ,    PO BOX 10590,
                 SAN JUAN, PR   00922-0590
4785081         Island Finance,    PO Box 71504,    San Juan, PR   00936-8604
4807958        +Island Portfolio Services, LLC as servicer of ACE,    PO BOX 361110,    San Juan PR 00936-1110
4785088         Syncb/Walmart,    PO Box 30281,    Salt Lake City, UT   84130-0281
4785089         Thd/Cbna,    PO Box 6497,    Sioux Falls, SD   57117-6497
4804662        +UNIVERSIDAD CENTRAL DE BAYAMON,    PO BOX 1725,    BAYAMON, PR 00960-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@hacienda.pr.gov May 06 2020 20:07:21     DEPARTAMENTO DE HACIENDA,
                 PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR   00902-4140
smg            +E-mail/Text: Quiebras@trabajo.pr.gov May 06 2020 20:07:31     PR DEPARTMENT OF LABOR,
                 PO BOX 195540,    HATO REY, PR 00919-5540
smg             E-mail/Text: ustpregion21.hr.ecf@usdoj.gov May 06 2020 20:05:01     US TRUSTEE,
                 EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR   00901-1922
4796568         E-mail/Text: marilyn.gonzalez@popular.com May 06 2020 20:05:54     BANCO POPULAR DE PUERTO RICO,
                 SERVICER FOR FREDDIE MAC,    PO BOX 362708(762),    SAN JUAN PR 00936-2708
4785075         E-mail/Text: marilyn.gonzalez@popular.com May 06 2020 20:05:54     Banco Popular de Puerto Rico,
                 Bankruptcy Department,    PO Box 366818,    San Juan, PR   00936-6818
4794454         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 06 2020 20:10:39
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC   28272-1083
4786904         E-mail/Text: mrdiscen@discover.com May 06 2020 20:03:32     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
4785078         E-mail/Text: mrdiscen@discover.com May 06 2020 20:03:32     Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE   19850-5316
4785079         E-mail/Text: fblegalcounseling@firstbankpr.com May 06 2020 20:03:31     FIRST BANK,
                 CONSUMER SERVICE CENTER,    BANKRUPTCY DIVISION -CODE 248,
                 PO BOX 9146, SAN JUAN PR 00908-0146
4785080         E-mail/Text: sbse.cio.bnc.mail@irs.gov May 06 2020 20:03:49     Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA   19114-0326
4806246         E-mail/Text: JCAP_BNC_Notices@jcap.com May 06 2020 20:05:48     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
4806855         E-mail/PDF: resurgentbknotifications@resurgent.com May 06 2020 20:09:16     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4791459         E-mail/Text: fblegalcounseling@firstbankpr.com May 06 2020 20:03:31     MONEY EXPRESS,
                 CONSUMER SERVICE CENTER,    BANKRUPTCY DIVISION (CODE 248),
                 PO BOX 9146 SAN JUAN PR 00908-0146
4785082         E-mail/Text: fblegalcounseling@firstbankpr.com May 06 2020 20:03:31     Money Express,
                 PO Box 9146,    San Juan, PR   00908-0146
4785083         E-mail/Text: marilyn.gonzalez@popular.com May 06 2020 20:05:54     Popular Auto,
                 PO Box 366818,    San Juan, PR   00936-6818
4785084         E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 20:10:35     Syncb/Car Care Pep Boy,    C/o,
                 PO Box 965036,    Orlando, FL   32896-5036
4785085         E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 20:10:33     Syncb/Jc Penney Pr,
                 PO Box 965007,    Orlando, FL   32896-5007
4785086         E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 20:09:05     Syncb/Rooms to Go,    C/o,
                 PO Box 965036,    Orlando, FL   32896-5036
4785087         E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 20:10:37     Syncb/tjx Cos,    PO Box 965015,
                 Orlando, FL   32896-5015
4785656        +E-mail/PDF: gecsedi@recoverycorp.com May 06 2020 20:09:50     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             POPULAR AUTO LLC,    PO BOX 366818,    SAN JUAN, PR   00936-6818
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
              CARLOS E PEREZ PASTRANA    on behalf of Creditor    POPULAR AUTO LLC
               carlos.perezpastrana@popular.com
              CHARLINE MICHELLE JIMENEZ ECHEVARRIA    on behalf of Creditor    ISLAND PORTFOLIO SERVICES LLC AS
               SERVICER OF ACE ONE FUNDING LLC bk@cjlegal.info
              JOSE RAMON CARRION MORALES    newecfmail@ch13-pr.com
              MONSITA   LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              ROBERTO  FIGUEROA CARRASQUILLO    on behalf of Debtor SAUDDY NOEMI HERNANDEZ ONEILL
               rfc@rfigueroalaw.com,    G9942@notify.cincompass.com
              SERGIO A RAMIREZ DE ARELLANO    on behalf of Creditor    BANCO POPULAR DE PUERTO RICO, SERVICER FOR
               FREDDIE MAC sramirez@sarlaw.com,    sramirez@ecf.courtdrive.com
                                                                                              TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-06674-BKT13 |
| SAUDDY NOEMI HERNANDEZ ONEILL | Chapter 13 |
| JOAN LAUREANO COLON | |
| xx-xx-1670 | |
| xx-xx-7319 | |
| Debtor(s) | FILED & ENTERED ON MAY/06/2020 |

NOTICE TO DEBTORS, CREDITORS, AND OTHER PARTIES IN INTEREST

Please be informed that the hearing scheduled for May 14, 2020 at 9:00 AM will be held as scheduled via Skype for Business. All parties that wish to appear at the Skype for Business hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at prb.uscourts.gov.

If technical difficulties prevent you from joining the hearing through the internet, you may join by dialing (787) 291-9304 and entering the Conference ID found in your Skype E-mail Invite, followed by #. (Check your spam or junk mail folder in case you cannot find your Skype E-mail Invite in your general inbox).

If you wish to appear at the Skype hearing but do not have access to e-mail and/or the internet, you must call the Clerk's office at (787) 977-6000 **at least 24 hours prior to the hearing** to get a Conference ID. On the day of the Skype hearing, you can dial (787) 291-9304, enter the Conference ID, and press # to connect to the hearing.

In San Juan, Puerto Rico, this 6 day of May, 2020.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

By: Marta Borrego
Deputy Clerk

c: all parties