**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**SAUDDY NOEMI HERNANDEZ ONEILL**<br>**dba Sauddy's Screens**<br>**JOAN LAUREANO COLON**<br><br>xxx–xx–1670<br>xxx–xx–7319<br><br>Debtor(s) | Case No. **19–06674 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 11/13/20 |

*NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST*

Please take notice that the instant case has been reassigned to the Honorable Edward A. Godoy, U.S. Bankruptcy Judge.

In San Juan, Puerto Rico, this **Friday, November 13, 2020**.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

By: *ALVIN CENTENO GONZALEZ*
Deputy Clerk