IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**SAUDDY NOEMI HERNANDEZ ONEILL
JOAN LAUREANO COLON**

Debtor(s)

CASE NO. **19-06674-EAG**

CHAPTER 13

**MOTION TO DISMISS UNDER §1307(c)(6)**

**TO THE HONORABLE COURT:**

Comes now, creditor **POPULAR AUTO LLC**, represented by the undersigned attorney and very respectfully states and prays as follows:

1. On November 14, 2019 debtor(s) herein filed a bankruptcy petition under Chapter 13 of Title 11 of the United States Code.

2. Popular Auto is a creditor in the instant case pursuant to 11 USC §101 and therefore, a party in interest under the instant proceeding.

3. On April 4, 2016, debtor(s) subscribed with appearing creditor Auto Loan Agreement, contract no. 2220 regarding a 2016 Jeep Wrangler.

4. Debtor's(s') Chapter 13 Plan was confirmed on May 7, 2020. Said plan proposes to pay pre-petition arrears through Chapter 13 Trustee and debtor(s) will pay directly to Popular Auto the post-petition payments of the vehicle described in averment number 3.

5. However, debtor(s) has(have) breached the aforementioned plan proposal since, as of today's date, debtor(s) shows four (4) post-petition arrears on monthly installments corresponding to the months of December 2021 through March 2022 for a total amount of $3,150.80.

6. The situation above explained is effectively causing undue prejudice to Creditor's rights as a holder of a secured claim. Debtor(s) has(have) continued to operate and is at the present

operating the vehicle, consequently causing depreciation in its value, and therefore, jeopardizing Popular Auto's interest over such property.

7. Therefore, according to 11 USC §1307(c)(6) debtor's(s') unreasonable delay which is prejudicial to Popular Auto, is sufficient also cause to warrant the dismissal of debtor's(s') bankruptcy petition.

> *"(c) Except as provided in subsection (e) of this section, on request of a party in interest or the United States trustee and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 7 of this title, or may dismiss a case under this chapter, whichever is in the best interest of creditors and the estate, for cause, including-*
> *…(6) material default by the debtor with respect to a term of a confirmed plan."*

**WHEREFORE**, creditor **POPULAR AUTO LLC**, respectfully requests from this Honorable Court that an order dismissing this case be entered for debtor's(s') failure to comply with the requirements of §1307(c)(6) of the Bankruptcy Code and grant any such other remedy it may deem just and proper.

### NOTICE OF RESPONSE TIME

You are hereby notified of the filing of a **MOTION TO DISMISS** filed by **POPULAR AUTO LLC**, within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**I CERTIFY:** I hereby certify that today, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**ROBERTO FIGUEROA CARRASQUILLO,** Attorney for debtor; to **JOSE RAMON CARRION MORALES**, Chapter 13 Trustee; and I hereby certify that I have mailed by the US Postal Service the document to the following non CM/ECF participant(s): **SAUDDY NOEMI HERNANDEZ ONEILL, JOAN LAUREANO COLON, RR6 BOX 6936, TOA ALTA, PR 00953** and to all non CM/ECF participants interested as per mailing list which is hereby included.

Respectfully submitted in San Juan, Puerto Rico this 10th day March 2022.

**Popular Auto LLC**
Consumer Bankruptcy Department
PO Box 366818
San Juan, PR 00936-6818
Tel. (787)753-7849; Fax (787)751-7827

**/S/ CARLOS E. PEREZ PASTRANA, ESQ.**
**USDC-208913**
carlos.perezpastrana@popular.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| **SAUDDY NOEMI HERNANDEZ ONEILL** <br> **JOAN LAUREANO COLON** | CASE NO. **19-06674-EAG** <br> CHAPTER 13 |
| Debtor(s) | |

### AFFIDAVIT FOR DEFAULT JUDGMENT PURSUANT TO SECTION 201(b)(4) OF THE SERVICE MEMBERS CIVIL RELIEF ACT OF 2003

I, **Carlos E. Pérez Pastrana,** Attorney for the Consumer Bankruptcy Department of Banco Popular of Puerto Rico, declare under penalty of perjury the following:

That according to the enclosed certification, provided by the Department of Defense Manpower Data Center (DMDC), the Debtor is not in active duty or under call to active duty as members of the Army, Navy or Air Forces of the United States of America; the National Guard; the Public Health Service or the National Oceanic and Atmospheric Administration.

In San Juan, Puerto Rico, this 10th day of March 2022.

/S/ CARLOS E. PEREZ PASTRANA, ESQ.
U.S.D.C. 208913
Attorney for Popular Auto LLC
Consumer Bankruptcy Department
PO Box 366818
San Juan, PR 00936-6818
Tel. (787)753-7849; Fax (787)751-7827
E-mail: carlos.perezpastrana@popular.com



Department of Defense Manpower Data Center

Results as of : Mar-10-2022 12:06:11 PM
SCRA 5.12

# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-7319 |
| Birth Date: | |
| Last Name: | LAUREANO COLON |
| First Name: | JOAN |
| Middle Name: | |
| Status As Of: | Mar-10-2022 |
| Certificate ID: | H92Z6G4HD4GZJKL |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.



Status Report
Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-1670 |
| Birth Date: | |
| Last Name: | HERNANDEZ ONEILL |
| First Name: | SAUDDY |
| Middle Name: | NOEMI |
| Status As Of: | Mar-10-2022 |
| Certificate ID: | H88GKZJYVXMLWVX |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

```
Label Matrix for local noticing            BANCO POPULAR DE PUERTO RICO, SERVICER FOR F    ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF
0104-3                                     C/O SARLAW LLC                                   PO BOX 361110
Case 19-06674-EAG13                        BANCO POPULAR CENTER, SUITE 1022                 SAN JUAN, PR 00936-1110
District of Puerto Rico                    209 MUNOZ RIVERA AVE
Old San Juan                               SAN JUAN, PR 00918-1000
Thu Mar 10 16:01:03 AST 2022

POPULAR AUTO LLC                           US Bankruptcy Court District of P.R.             BANCO POPULAR DE PUERTO RICO
PO BOX 366818                              Jose V Toledo Fed Bldg & US Courthouse           SERVICER FOR FREDDIE MAC
SAN JUAN, PR 00936-6818                    300 Recinto Sur Street, Room 109                 PO BOX 362708(762)
                                           San Juan, PR 00901-1964                          SAN JUAN PR 00936-2708


Banco Popular de Puerto Rico               CICA Collection Agency, Inc                      Capital One Bank (USA), N.A.
Bankruptcy Department                      PO Box 12338                                     by American InfoSource as agent
PO Box 366818                              San Juan, PR  00914-0338                         PO Box 71083
San Juan, PR  00936-6818                                                                    Charlotte, NC  28272-1083



Citibank, N.A.                             (p)PUERTO RICO TELEPHONE COMPANY DBA CLARO PR    DEL VALLE RODRIGUEZ LAW OFFICES PSC
5800 S Corporate Pl                        PO BOX 360998                                    LCDO JOSE RAFAEL DEL VALLE RODRIGUEZ
Sioux Falls, SD  57108-5027                SAN JUAN PR 00936-0998                           PO BOX 10590
                                                                                            SAN JUAN, PR 00922-0590



Discover Bank                              Discover Fin Svcs LLC                            EASTERN AMERICA INSURANCE CO
Discover Products Inc                      PO Box 15316                                     PO BOX 9023862
PO Box 3025                                Wilmington, DE  19850-5316                       SAN JUAN PR 00902-3862
New Albany, OH  43054-3025



FIRST BANK                                 (p)INTERNAL REVENUE SERVICE                      Island Finance
CONSUMER SERVICE CENTER                    CENTRALIZED INSOLVENCY OPERATIONS                PO Box 71504
BANKRUPTCY DIVISION -CODE 248              PO BOX 7346                                      San Juan, PR  00936-8604
PO BOX 9146, SAN JUAN PR 00908-0146        PHILADELPHIA PA 19101-7346



Island Portfolio Services, LLC as servicer o   (p)JEFFERSON CAPITAL SYSTEMS LLC             LVNV Funding, LLC
PO BOX 361110                              PO BOX 7999                                      Resurgent Capital Services
San Juan PR 00936-1110                     SAINT CLOUD MN 56302-7999                        PO Box 10587
                                                                                            Greenville, SC 29603-0587



MONEY EXPRESS                              Money Express                                    Syncb/Car Care Pep Boy
CONSUMER SERVICE CENTER                    PO Box 9146                                      C/o
BANKRUPTCY DIVISION (CODE 248)             San Juan, PR  00908-0146                         PO Box 965036
PO BOX 9146 SAN JUAN PR 00908-0146                                                          Orlando, FL  32896-5036



Syncb/Jc Penney Pr                         Syncb/Rooms to Go                                Syncb/Walmart
PO Box 965007                              C/o                                              PO Box 30281
Orlando, FL  32896-5007                    PO Box 965036                                    Salt Lake City, UT  84130-0281
                                           Orlando, FL  32896-5036



Syncb/tjx Cos                              Synchrony Bank                                   Thd/Cbna
PO Box 965015                              c/o of PRA Receivables Management, LLC           PO Box 6497
Orlando, FL  32896-5015                    PO Box 41021                                     Sioux Falls, SD  57117-6497
                                           Norfolk, VA 23541-1021
```

| | | |
|---|---|---|
| UNIVERSIDAD CENTRAL DE BAYAMON<br>PO BOX 1725<br>BAYAMON, PR 00960-1725 | JOAN LAUREANO COLON<br>RR6 BOX 6936<br>TOA ALTA, PR 00953-9320 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | SAUDDY NOEMI HERNANDEZ ONEILL<br>RR6 BOX 6936<br>TOA ALTA, PR 00953-9320 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Claro<br>PO Box 360998<br>San Juan, PR  00936-0998 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA  19114-0326 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Popular Auto<br>PO Box 366818<br>San Juan, PR  00936-6818 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     1<br>Total                  36 |