# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE<br><br>SAUDDY NOEMI HERNANDEZ ONEILL<br>JOAN LAUREANO COLON<br>DEBTOR(S) | CASE NO. 19-06674-EAG<br><br>CHAPTER: 13 |
|---|---|

## MOTION WITHDRAWING MOTION REQUESTING DISMISSAL

**TO THE HONORABLE COURT:**

Comes now, **POPULAR AUTO LLC**, Movant herein, through the undersigned attorney and very respectfully Alleges and Prays:

Movant withdraws its Motion Requesting Dismissal filed on **March 10, 2022** (*Docket #28*) in the above captioned case.

**WHEREFORE**, Movant prays this Honorable Court to take note of the foregoing and order accordingly.

## CERTIFICATE OF SERVICE

I hereby certify that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to **JOSE RAMON CARRION MORALES,** Trustee and **ROBERTO FIGUEROA CARRASQUILLO,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **SAUDDY NOEMI HERNANDEZ ONEILL, JOAN LAUREANO COLON, RR6 BOX 6936, TOA ALTA, PR 00953**.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 28th day of March 2022.

**/S/ CARLOS E. PEREZ PASTRANA**
USDC-208913
Attorney for Movant
PO BOX 366818
SAN JUAN, PR 00936-6818
TEL. (787) 753-7849 FAX: (787) 751-7827
carlos.perezpastrana@popular.com