## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**SAUDDY NOEMI HERNANDEZ ONEILL**<br>dba Sauddy's Screens<br>**JOAN LAUREANO COLON**<br><br>xxx–xx–1670<br>xxx–xx–7319<br><br>Debtor(s) | Case No. **19–06674 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 3/30/22 |

*ORDER*

The motion filed by Popular Auto, LLC requesting to withdraw the Motion to Dismiss (docket #30) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, March 30, 2022.

Edward A. Godoy
United States Bankruptcy Judge