IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SAUDDY NOEMI HERNANDEZ ONEILL
JOAN LAUREANO COLON

DEBTORS

CASE NO 19-06674/EAG

CHAPTER 13

### DEBTORS' NOTICE OF FILING OF *AMENDED SCHEDULES* "*I*" & "*J*" *OFFICIAL FORMS 106I & 106J*

**TO THE HONORABLE COURT:**

**COME NOW, SAUDDY NOEMI HERNANDEZ ONEILL** and **JOAN LAUREANO COLON,** the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The Debtors are hereby submitting *Amended Schedules "I" and "J"*, dated December 21, 2023, herewith and attached to this motion.

2. The amendments to Schedules "I" and "J" are filed **to reflect Debtors' actual income and separate household expenses**, in the above captioned case.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the Debtors and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 21st day of December, 2023.

/s/*Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | SAUDDY NOEMI HERNANDEZ ONEILL |
| Debtor 2 (Spouse, if filing) | JOAN LAUREANO COLON |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (If known) | 3:19-bk-6674 |

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| Occupation | Manager | Data Processing Specialist |
| Employer's name | Green Windows Corp | Infokeepers of Puerto Rico |
| Employer's address | State Road 174<br>Parque Industrial Minillas<br>Bayamon, PR 00958 | PO Box 2353<br>Toa Baja, PR 00951-2358 |
| How long employed there? | 11 years | 6 months |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 2,946.67 | $ 1,618.83 |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ 2,946.67 | $ 1,618.83 |

Official Form 106I                     Schedule I: Your Income                     page 1

Debtor 1 SAUDDY NOEMI HERNANDEZ ONEILL
Debtor 2 JOAN LAUREANO COLON        Case number (if known) 3:19-bk-6674

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here ................................................ | 4. | $ 2,946.67 | $ 1,618.83 |
| 5. | List all payroll deductions: |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 439.62 | $ 184.66 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: PR SDI TAX | 5h.+ | $ 0.00 + | $ 4.85 |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 439.62 | $ 189.51 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 2,507.05 | $ 1,429.32 |
| 8. | List all other income regularly received: |  |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,507.05 + $ 1,429.32 = | $ 3,936.37 |

11. State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____                                                         11. +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies                                                                                   12. $ 3,936.37
                                                                                                                                                           Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
   ☒ No.
   ☐ Yes. Explain: [                                                        ]

Fill in this information to identify your case:

Debtor 1: SAUDDY NOEMI HERNANDEZ ONEILL

Debtor 2 (Spouse, if filing): JOAN LAUREANO COLON

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (If known): 3:19-bk-6674

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____ MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   ☐ No. Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☒ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☒ No
   Do not list Debtor 1 and Debtor 2.  ☐ Yes. Fill out this information for each dependent............
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4. $     0.00

   If not included in line 4:
   - 4a. Real estate taxes     4a. $     0.00
   - 4b. Property, homeowner's, or renter's insurance     4b. $     0.00
   - 4c. Home maintenance, repair, and upkeep expenses     4c. $     85.00
   - 4d. Homeowner's association or condominium dues     4d. $     0.00

5. Additional mortgage payments for your residence, such as home equity loans     5. $     0.00

6. **Utilities:**
   - 6a. Electricity, heat, natural gas     6a. $     187.00
   - 6b. Water, sewer, garbage collection     6b. $     84.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services     6c. $     245.50
   - 6d. Other. Specify: Gas     6d. $     35.00

Debtor 1 SAUDDY NOEMI HERNANDEZ ONEILL
Debtor 2 JOAN LAUREANO COLON
Case number (if known) 3:19-bk-6674

| # | Expense | Amount |
|---|---|---|
| 7. | Food and housekeeping supplies | 7. $ 180.00 |
| 8. | Childcare and children's education costs | 8. $ 0.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. $ 65.00 |
| 10. | Personal care products and services | 10. $ 75.00 |
| 11. | Medical and dental expenses | 11. $ 42.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 260.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $ 65.00 |
| 14. | Charitable contributions and religious donations | 14. $ 0.00 |

15. Insurance.
Do not include insurance deducted from your pay or included in lines 4 or 20.
- 15a. Life insurance — 15a. $ 0.00
- 15b. Health insurance — 15b. $ 0.00
- 15c. Vehicle insurance — 15c. $ 0.00
- 15d. Other insurance. Specify: _____ — 15d. $ 0.00

16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____ — 16. $ 0.00

17. Installment or lease payments:
- 17a. Car payments for Vehicle 1 — 17a. $ 787.00
- 17b. Car payments for Vehicle 2 — 17b. $ 0.00
- 17c. Other. Specify: _____ — 17c. $ 0.00
- 17d. Other. Specify: _____ — 17d. $ 0.00

18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). — 18. $ 0.00

19. Other payments you make to support others who do not live with you.
Specify: _____ — 19. $ 0.00

20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
- 20a. Mortgages on other property — 20a. $ 0.00
- 20b. Real estate taxes — 20b. $ 0.00
- 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
- 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
- 20e. Homeowner's association or condominium dues — 20e. $ 0.00

21. Other: Specify: _____ — 21. +$ 0.00

22. Calculate your monthly expenses
- 22a. Add lines 4 through 21. — $ 2,110.50
- 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $ 1,448.87
- 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 3,559.37

23. Calculate your monthly net income.
- 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 3,936.37
- 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 3,559.37
- 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. — 23c. $ 377.00

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
☒ No.
☐ Yes. Explain here:

Debtor 1    SAUDDY NOEMI HERNANDEZ ONEILL
Debtor 2    JOAN LAUREANO COLON        Case number (if known)   3:19-bk-6674

**Fill in this information to identify your case:**

Debtor 1: SAUDDY NOEMI HERNANDEZ ONEILL

Debtor 2: JOAN LAUREANO COLON
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number: 3:19-bk-6674
(If known)

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐

## Official Form 106J-2
### Schedule J-2: Your Expenses for Separate Household of Debtor 2    12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form.* Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J. Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Do you and Debtor 1 maintain separate households?**
   ☐ No. Do not complete this form.
   ☒ Yes

2. **Do you have dependents?**   ☒ No
   Do not list Debtor 1 but list all other dependents of Debtor 2 regardless of whether listed as a dependent of Debtor 1 on Schedule J.
   ☐ Yes.
   Do not state the dependents names.

   | Fill out this information for each dependent | Dependent's relationship to Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|---|
   | | | | ☐ No ☐ Yes |
   | | | | ☐ No ☐ Yes |
   | | | | ☐ No ☐ Yes |
   | | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $   424.00

   If not included in line 4:

   4a. Real estate taxes    4a. $   0.00
   4b. Property, homeowner's, or renter's insurance    4b. $   0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $   80.00
   4d. Homeowner's association or condominium dues    4d. $   0.00

Debtor 1 SAUDDY NOEMI HERNANDEZ ONEILL
Debtor 2 JOAN LAUREANO COLON        Case number (if known) 3:19-bk-6674

| # | Item | Amount |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a. $ 95.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ 60.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 220.00 |
| 6d. | Other. Specify: Gas | 6d. $ 20.00 |
| 7. | **Food and housekeeping supplies** | 7. $ 250.87 |
| 8. | **Childcare and children's education costs** | 8. $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ 0.00 |
| 10. | **Personal care products and services** | 10. $ 34.00 |
| 11. | **Medical and dental expenses** | 11. $ 85.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ 30.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. | Life insurance | 15a. $ 0.00 |
| 15b. | Health insurance | 15b. $ 0.00 |
| 15c. | Vehicle insurance | 15c. $ 0.00 |
| 15d. | Other insurance. Specify: | 15d. $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ 0.00 |
| 17. | **Installment or lease payments:** | |
| 17a. | Car payments for Vehicle 1 | 17a. $ 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. $ 0.00 |
| 17c. | Other. Specify: | 17c. $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | |
| 20a. | Mortgages on other property | 20a. $ 0.00 |
| 20b. | Real estate taxes | 20b. $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $ 0.00 |
| 21. | **Other:** Specify: | 21. +$ 0.00 |
| 22. | **Your monthly expenses.** Add lines 5 through 21. The result is the monthly expenses of Debtor 2. Copy the result to line 22b of Schedule J to calculate the total expenses for Debtor 1 and Debtor 2. | $ 1,448.87 |

23. Line not used on this form.
24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
☒ No.
☐ Yes.    Explain here:

Official Form 106J        Schedule J: Your Expenses        page 4

Fill in this information to identify your case:

Debtor 1: SAUDDY NOEMI HERNANDEZ ONEILL
Debtor 2 (Spouse if, filing): JOAN LAUREANO COLON

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): 3:19-bk-6674

☒ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ SAUDDY NOEMI HERNANDEZ ONEILL
SAUDDY NOEMI HERNANDEZ ONEILL
Signature of Debtor 1

Date December 21, 2023

X /s/ JOAN LAUREANO COLON
JOAN LAUREANO COLON
Signature of Debtor 2

Date December 21, 2023

```
Label Matrix for local noticing            BANCO POPULAR DE PUERTO RICO, SERVICER FOR F    (p)RODRIGUEZ FERNANDEZ LAW OFFICE  LLC
0104-3                                     C/O SARLAW LLC                                   ATTN ISLAND PORTFOLIO AS SERVICER OF FAIRWAY
Case 19-06674-EAG13                        BANCO POPULAR CENTER, SUITE 1022                 P O BOX 361110
District of Puerto Rico                    209 MUNOZ RIVERA AVE                             SAN JUAN PR 00936-1110
Old San Juan                               SAN JUAN, PR 00918-1002
Thu Dec 21 09:40:26 AST 2023

POPULAR AUTO LLC                           US Bankruptcy Court District of P.R.             BANCO POPULAR DE PUERTO RICO
PO BOX 366818                              Jose V Toledo Fed Bldg & US Courthouse           SERVICER FOR FREDDIE MAC
SAN JUAN, PR 00936-6818                    300 Recinto Sur Street, Room 109                 PO BOX 362708(762)
                                           San Juan, PR 00901-1964                          SAN JUAN PR 00936-2708


Banco Popular de Puerto Rico               CICA Collection Agency, Inc                      Capital One Bank (USA), N.A.
Bankruptcy Department                      PO Box 12338                                     by American InfoSource as agent
PO Box 366818                              San Juan, PR 00914-0338                          PO Box 71083
San Juan, PR 00936-6818                                                                     Charlotte, NC 28272-1083


Citibank, N.A.                             (p)PUERTO RICO TELEPHONE COMPANY DBA CLARO PR    DEL VALLE RODRIGUEZ LAW OFFICES PSC
5800 S Corporate Pl                        PO BOX 360998                                    LCDO JOSE RAFAEL DEL VALLE RODRIGUEZ
Sioux Falls, SD 57108-5027                 SAN JUAN PR 00936-0998                           PO BOX 10590
                                                                                            SAN JUAN, PR 00922-0590


Discover Bank                              Discover Fin Svcs LLC                            EASTERN AMERICA INSURANCE CO
Discover Products Inc                      PO Box 15316                                     PO BOX 9023862
PO Box 3025                                Wilmington, DE 19850-5316                        SAN JUAN PR 00902-3862
New Albany, OH 43054-3025


FIRST BANK                                 (p)INTERNAL REVENUE SERVICE                      Island Finance
CONSUMER SERVICE CENTER                    CENTRALIZED INSOLVENCY OPERATIONS                PO Box 71504
BANKRUPTCY DIVISION -CODE 248              PO BOX 7346                                      San Juan, PR 00936-8604
PO BOX 9146, SAN JUAN PR 00908-0146        PHILADELPHIA PA 19101-7346


(p)JEFFERSON CAPITAL SYSTEMS LLC           LVNV Funding, LLC                                MONEY EXPRESS
PO BOX 7999                                Resurgent Capital Services                       CONSUMER SERVICE CENTER
SAINT CLOUD MN 56302-7999                  PO Box 10587                                     BANKRUPTCY DIVISION (CODE 248)
                                           Greenville, SC 29603-0587                        PO BOX 9146 SAN JUAN PR 00908-0146


Money Express                              Syncb/Car Care Pep Boy                           Syncb/Jc Penney Pr
PO Box 9146                                C/o                                              PO Box 965007
San Juan, PR 00908-0146                    PO Box 965036                                    Orlando, FL 32896-5007
                                           Orlando, FL 32896-5036


Syncb/Rooms to Go                          Syncb/Walmart                                    Syncb/tjx Cos
C/o                                        PO Box 30281                                     PO Box 965015
PO Box 965036                              Salt Lake City, UT 84130-0281                    Orlando, FL 32896-5015
Orlando, FL 32896-5036


Synchrony Bank                             Thd/Cbna                                         UNIVERSIDAD CENTRAL DE BAYAMON
c/o of PRA Receivables Management, LLC     PO Box 6497                                      PO BOX 1725
PO Box 41021                               Sioux Falls, SD 57117-6497                       BAYAMON, PR 00960-1725
Norfolk, VA 23541-1021
```

| | | |
|---|---|---|
| JOAN LAUREANO COLON<br>RR6 BOX 6936<br>TOA ALTA, PR 00953-9320 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | SAUDDY NOEMI HERNANDEZ ONEILL<br>RR6 BOX 6936<br>TOA ALTA, PR 00953-9320 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF<br>PO BOX 361110<br>SAN JUAN, PR 00936 | Claro<br>PO Box 360998<br>San Juan, PR 00936-0998 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| (d)Island Portfolio Services, LLC as servicer<br>PO BOX 361110<br>San Juan PR 00936 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Popular Auto<br>PO Box 366818<br>San Juan, PR 00936-6818 | End of Label Matrix<br>Mailable recipients   34<br>Bypassed recipients    1<br>Total                 35 |