```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE: <br> SAUDDY NOEMI HERNANDEZ ONEILL <br> JOAN LAUREANO COLON <br><br> DEBTOR (S) | CASE NO. 19-06674-EAG <br><br> CHAPTER 13 |

Trustee's Position
Regarding Motion requesting entry of order RE Ratification of the Use of Funds from 2019 to 2022 Tax Refunds

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

1. The Trustee has no opposition to:
Motion requesting entry of order RE Ratification of the Use of Funds from 2019 to 2022 Tax Refunds.(Docket # 35 ).

WHEREFORE the Trustee respectfully requests this Honorable Court to take notice of the abovementioned and enter the order it deems appropriate.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to: Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

In San Juan, Puerto Rico this Sunday, January 8, 2023.

/s/ Juliel Perez -Staff Attorney
JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Sta.
San Juan, P.R. 00902-3884
Tel (787)977-3535  FAX (787)977-3550