**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**SAUDDY NOEMI HERNANDEZ ONEILL**<br>**dba Sauddy's Screens**<br>**JOAN LAUREANO COLON**<br><br>xxx–xx–1670<br>xxx–xx–7319<br><br>Debtor(s) | Case No. **19–06674 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 1/11/24 |

*ORDER GRANTING UNOPPOSED MOTION*

This case is before the Court on the following motion: Motion Requesting Order for Ratification of the Use of Funds from 2019, 2020, 2021 and 2022 Tax Refunds filed by Debtors, docket #35.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.
In San Juan, Puerto Rico, this Thursday, January 11, 2024 .

Edward A. Godoy
United States Bankruptcy Judge