## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**SAUDDY NOEMI HERNANDEZ ONEILL**<br>**dba Sauddy's Screens**<br>**JOAN LAUREANO COLON**<br><br>xxx–xx–1670<br>xxx–xx–7319<br><br>Debtor(s) | Case No. **19–06674 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 1/18/24 |

*ORDER*

The debtor(s) is (are) granted fourteen (14) days to reply to the Chapter 13 Trustee's unfavorable recommendation filed on 1/8/24 (Docket No. 37). Upon failure to reply timely, the Court may enter an order denying the debtor's('s) proposed post–confirmation modified plan (Docket No. 33).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, January 18, 2024 .

Edward A. Godoy
United States Bankruptcy Judge