IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> SAUDDY NOEMI HERNANDEZ ONEILL <br> JOAN LAUREANO COLON <br><br> xx-xx-1670 <br> xx-xx-7319 <br><br> Debtor(s) | CASE NO. 19-06674-EAG13 <br> Chapter 13 <br><br><br><br><br><br> FILED & ENTERED ON FEB/02/2024 |

ORDER

The motion filed by the debtors requesting extension of time to reply to the trustee's unfavorable recommendation at docket #37 (docket #43) is hereby granted. Order due by February 8, 2024.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2 day of February, 2024.

Edward A. Godoy
United States Bankruptcy Judge