IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 19-06674/EAG |
| | * | |
| SAUDDY NOEMI HERNANDEZ ONEILL | * | CHAPTER 13 |
| JOAN LAUREANO COLON | * | |
| | * | |
| DEBTORS | | |

## DEBTOR'S NOTICE OF FILING OF *AMENDED SCHEDULE "J"* OFFICIAL FORM 106J

**TO THE HONORABLE COURT:**

**COME NOW, SAUDDY NOEMI HERNANDEZ ONEILL and JOAN LAUREANO COLON,** the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The Debtors are hereby submitting *Amended Schedule "J"*, dated February 5, 2024, herewith and attached to this motion.

2. The *Amended Schedule "J"* is filed **to inform the Debtor's actual expenses,** in the above captioned case.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and to all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the Debtors and to all creditors and interested parties appearing in the master address list (CM/ECF non-participants), hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 5th day of February, 2024.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTORS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699; 787-963-7699
Email: rfc@rfigueroalaw.com

Fill in this information to identify your case:

Debtor 1: SAUDDY NOEMI HERNANDEZ ONEILL

Debtor 2: JOAN LAUREANO COLON
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number: 3:19-bk-6674
(If known)

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   ☐ No. Go to line 2.
   ☒ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☒ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☒ No
   Do not list Debtor 1 and Debtor 2.
   ☐ Yes. Fill out this information for each dependent............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4. $    0.00

   If not included in line 4:

   4a. Real estate taxes     4a. $    0.00
   4b. Property, homeowner's, or renter's insurance     4b. $    0.00
   4c. Home maintenance, repair, and upkeep expenses     4c. $    85.00
   4d. Homeowner's association or condominium dues     4d. $    0.00
5. **Additional mortgage payments for your residence,** such as home equity loans     5. $    0.00

Debtor 1 SAUDDY NOEMI HERNANDEZ ONEILL
Debtor 2 JOAN LAUREANO COLON          Case number (if known) 3:19-bk-6674

6. Utilities:
   6a. Electricity, heat, natural gas                                           6a. $        187.00
   6b. Water, sewer, garbage collection                                         6b. $         84.00
   6c. Telephone, cell phone, Internet, satellite, and cable services           6c. $        245.50
   6d. Other. Specify: Gas                                                      6d. $         35.00
7. Food and housekeeping supplies                                               7.  $        180.00
8. Childcare and children's education costs                                     8.  $          0.00
9. Clothing, laundry, and dry cleaning                                          9.  $         65.00
10. Personal care products and services                                         10. $         75.00
11. Medical and dental expenses                                                 11. $         42.00
12. Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments.                                                12. $        260.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books          13. $         65.00
14. Charitable contributions and religious donations                            14. $          0.00
15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                                         15a. $         0.00
    15b. Health insurance                                                       15b. $         0.00
    15c. Vehicle insurance                                                      15c. $         0.00
    15d. Other insurance. Specify:                                              15d. $         0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                                                    16. $          0.00
17. Installment or lease payments:
    17a. Car payments for Vehicle 1                                             17a. $         0.00
    17b. Car payments for Vehicle 2                                             17b. $         0.00
    17c. Other. Specify:                                                        17c. $         0.00
    17d. Other. Specify:                                                        17d. $         0.00
18. Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).  18. $     0.00
19. Other payments you make to support others who do not live with you.
    Specify:                                                                    19. $          0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    20a. Mortgages on other property                                            20a. $         0.00
    20b. Real estate taxes                                                      20b. $         0.00
    20c. Property, homeowner's, or renter's insurance                           20c. $         0.00
    20d. Maintenance, repair, and upkeep expenses                               20d. $         0.00
    20e. Homeowner's association or condominium dues                            20e. $         0.00
21. Other: Specify:                                                             21. +$         0.00

22. Calculate your monthly expenses
    22a. Add lines 4 through 21.                                                     $      1,323.50
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  $  1,448.87
    22c. Add line 22a and 22b. The result is your monthly expenses.                  $      2,772.37

23. Calculate your monthly net income.
    23a. Copy line 12 (your combined monthly income) from Schedule I.           23a. $      3,936.37
    23b. Copy your monthly expenses from line 22c above.                        23b. -$     2,772.37

    23c. Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                                 23c. $      1,164.00

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ☒ No.
    ☐ Yes. Explain here:

Debtor 1 SAUDDY NOEMI HERNANDEZ ONEILL
Debtor 2 JOAN LAUREANO COLON          Case number (if known) 3:19-bk-6674

Fill in this information to identify your case:

Debtor 1: SAUDDY NOEMI HERNANDEZ ONEILL

Debtor 2: JOAN LAUREANO COLON
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number: 3:19-bk-6674
(If known)

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐

Official Form 106J-2
## Schedule J-2: Your Expenses for Separate Household of Debtor 2         12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form.* Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J. Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Do you and Debtor 1 maintain separate households?
   ☐ No. Do not complete this form.
   ☒ Yes

2. Do you have dependents?   ☒ No
   Do not list Debtor 1 but    ☐ Yes.
   list all other dependents
   of Debtor 2 regardless
   of whether listed as a
   dependent of Debtor 1
   on Schedule J.

   Do not state the dependents names.

   | Fill out this information for each dependent | Dependent's relationship to Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|---|
   | | | | ☐ No ☐ Yes |
   | | | | ☐ No ☐ Yes |
   | | | | ☐ No ☐ Yes |
   | | | | ☐ No ☐ Yes |

3. Do your expenses include    ☒ No
   expenses of people other than  ☐ Yes
   yourself and your dependents?

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.                    4. $ 424.00

   If not included in line 4:

   4a. Real estate taxes                                                        4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance                             4b. $ 0.00

Official Form 106J                    Schedule J: Your Expenses                    page 3

Debtor 1 SAUDDY NOEMI HERNANDEZ ONEILL
Debtor 2 JOAN LAUREANO COLON

Case number (if known) 3:19-bk-6674

| | | | |
|---|---|---|---:|
| | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 80.00 |
| | 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | | 5. $ 0.00 |
| 6. | **Utilities:** | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ 95.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ 60.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 220.00 |
| | 6d. | Other. Specify: Gas | 6d. $ 20.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ 250.87 |
| 8. | **Childcare and children's education costs** | | 8. $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ 0.00 |
| 10. | **Personal care products and services** | | 10. $ 34.00 |
| 11. | **Medical and dental expenses** | | 11. $ 85.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ 30.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. | Life insurance | 15a. $ 0.00 |
| | 15b. | Health insurance | 15b. $ 0.00 |
| | 15c. | Vehicle insurance | 15c. $ 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ 0.00 |
| | 17c. | Other. Specify: | 17c. $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. | Mortgages on other property | 20a. $ 0.00 |
| | 20b. | Real estate taxes | 20b. $ 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ 0.00 |
| 21. | **Other:** Specify: | | 21. +$ 0.00 |
| 22. | **Your monthly expenses.** Add lines 5 through 21. The result is the monthly expenses of Debtor 2. Copy the result to line 22b of Schedule J to calculate the total expenses for Debtor 1 and Debtor 2. | | $ 1,448.87 |

23. Line not used on this form.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes. Explain here:

Fill in this information to identify your case:

Debtor 1  SAUDDY NOEMI HERNANDEZ ONEILL
          First Name    Middle Name    Last Name

Debtor 2  JOAN LAUREANO COLON
(Spouse if, filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number  3:19-bk-6674
(if known)

☒ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ SAUDDY NOEMI HERNANDEZ ONEILL
   SAUDDY NOEMI HERNANDEZ ONEILL
   Signature of Debtor 1

   Date  February 5, 2024

X  /s/ JOAN LAUREANO COLON
   JOAN LAUREANO COLON
   Signature of Debtor 2

   Date  February 5, 2024

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO, SERVICER FOR F    (p)RODRIGUEZ FERNANDEZ LAW OFFICE  LLC
0104-3                                   C/O SARLAW LLC                                  ATTN ISLAND PORTFOLIO AS SERVICER OF FAIRWAY
Case 19-06674-EAG13                      BANCO POPULAR CENTER, SUITE 1022                P O BOX 361110
District of Puerto Rico                  209 MUNOZ RIVERA AVE                            SAN JUAN PR 00936-1110
Old San Juan                             SAN JUAN, PR 00918-1002
Mon Feb  5 09:17:04 AST 2024

POPULAR AUTO LLC                         US Bankruptcy Court District of P.R.            BANCO POPULAR DE PUERTO RICO
PO BOX 366818                            Jose V Toledo Fed Bldg & US Courthouse          SERVICER FOR FREDDIE MAC
SAN JUAN, PR 00936-6818                  300 Recinto Sur Street, Room 109                PO BOX 362708(762)
                                         San Juan, PR 00901-1964                         SAN JUAN PR 00936-2708

Banco Popular de Puerto Rico             CICA Collection Agency, Inc                     Capital One Bank (USA), N.A.
Bankruptcy Department                    PO Box 12338                                    by American InfoSource as agent
PO Box 366818                            San Juan, PR  00914-0338                        PO Box 71083
San Juan, PR  00936-6818                                                                 Charlotte, NC  28272-1083

Citibank, N.A.                           (p)PUERTO RICO TELEPHONE COMPANY DBA CLARO PR   DEL VALLE RODRIGUEZ LAW OFFICES PSC
5800 S Corporate Pl                      PO BOX 360998                                   LCDO JOSE RAFAEL DEL VALLE RODRIGUEZ
Sioux Falls, SD  57108-5027              SAN JUAN PR 00936-0998                          PO BOX 10590
                                                                                         SAN JUAN, PR 00922-0590

Discover Bank                            Discover Fin Svcs LLC                           EASTERN AMERICA INSURANCE CO
Discover Products Inc                    PO Box 15316                                    PO BOX 9023862
PO Box 3025                              Wilmington, DE  19850-5316                      SAN JUAN PR 00902-3862
New Albany, OH  43054-3025

FIRST BANK                               (p)INTERNAL REVENUE SERVICE                     Island Finance
CONSUMER SERVICE CENTER                  CENTRALIZED INSOLVENCY OPERATIONS               PO Box 71504
BANKRUPTCY DIVISION -CODE 248            PO BOX 7346                                     San Juan, PR  00936-8604
PO BOX 9146, SAN JUAN PR 00908-0146      PHILADELPHIA PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC         LVNV Funding, LLC                               MONEY EXPRESS
PO BOX 7999                              Resurgent Capital Services                      CONSUMER SERVICE CENTER
SAINT CLOUD MN 56302-7999                PO Box 10587                                    BANKRUPTCY DIVISION (CODE 248)
                                         Greenville, SC 29603-0587                       PO BOX 9146 SAN JUAN PR 00908-0146

Money Express                            Syncb/Car Care Pep Boy                          Syncb/Jc Penney Pr
PO Box 9146                              C/o                                             PO Box 965007
San Juan, PR  00908-0146                 PO Box 965036                                   Orlando, FL  32896-5007
                                         Orlando, FL  32896-5036

Syncb/Rooms to Go                        Syncb/Walmart                                   Syncb/tjx Cos
C/o                                      PO Box 30281                                    PO Box 965015
PO Box 965036                            Salt Lake City, UT  84130-0281                  Orlando, FL  32896-5015
Orlando, FL  32896-5036

Synchrony Bank                           Thd/Cbna                                        UNIVERSIDAD CENTRAL DE BAYAMON
c/o of PRA Receivables Management, LLC   PO Box 6497                                     PO BOX 1725
PO Box 41021                             Sioux Falls, SD  57117-6497                     BAYAMON, PR 00960-1725
Norfolk, VA 23541-1021
```

```
JOAN LAUREANO COLON              JOSE RAMON CARRION MORALES         MONSITA LECAROZ ARRIBAS
RR6 BOX 6936                     PO BOX 9023884                     OFFICE OF THE US TRUSTEE (UST)
TOA ALTA, PR 00953-9320          SAN JUAN, PR 00902-3884            OCHOA BUILDING
                                                                    500 TANCA STREET SUITE 301
                                                                    SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO    SAUDDY NOEMI HERNANDEZ ONEILL
PO BOX 186                       RR6 BOX 6936
CAGUAS, PR 00726-0186            TOA ALTA, PR 00953-9320
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF   Claro                        Internal Revenue Service
PO BOX 361110                                  PO Box 360998                PO Box 21126
SAN JUAN, PR 00936                             San Juan, PR 00936-0998      Philadelphia, PA 19114-0326


(d)Island Portfolio Services, LLC as servicer  Jefferson Capital Systems LLC
PO BOX 361110                                  Po Box 7999
San Juan PR 00936                              Saint Cloud Mn 56302-9617
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Popular Auto                  End of Label Matrix
PO Box 366818                    Mailable recipients    34
San Juan, PR 00936-6818          Bypassed recipients     1
                                 Total                  35
```