IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>SAUDDY NOEMI HERNANDEZ ONEILL<br>JOAN LAUREANO COLON<br><br>xx-xx-1670<br>xx-xx-7319<br>Debtor(s) | CASE NO. 19-06674-EAG13<br>Chapter 13<br><br><br><br><br>FILED & ENTERED ON MAR/18/2024 |

**O R D E R**

The trustee is to file its recommendation of the Debtor's Motion for Post Confirmation Modification of Chapter 13 Plan dated 02/05/2024 (Docket #46) within 21 days.

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of March, 2024.

Edward A. Godoy
United States Bankruptcy Judge