United States Bankruptcy Court
District of Puerto Rico

| | |
|---|---|
| In re: | Case No. 19-06674-EAG |
| SAUDDY NOEMI HERNANDEZ ONEILL | Chapter 13 |
| JOAN LAUREANO COLON | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 18, 2024 | Form ID: pdf002 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | SAUDDY NOEMI HERNANDEZ ONEILL, JOAN LAUREANO COLON, RR6 BOX 6936, TOA ALTA, PR 00953-9320 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | ^ MEBN | Mar 18 2024 18:44:28 | MAYRA M ARGUELLES ALVAREZ (ZF), JOSE R CARRION CHAPTER 13, PO BOX 9023884, SAN JUAN, PR 00902-3884 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2024      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2024 at the address(es) listed below:

**Name**      **Email Address**

CARLOS E PEREZ PASTRANA
     on behalf of Creditor POPULAR AUTO LLC carlos.perezpastrana@popular.com

CHARLINE MICHELLE JIMENEZ ECHEVARRIA
     on behalf of Creditor ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF ACE ONE FUNDING LLC noreply.bknotifications@gmail.com

JOSE RAMON CARRION MORALES
    newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

ROBERTO FIGUEROA CARRASQUILLO
    on behalf of Debtor SAUDDY NOEMI HERNANDEZ ONEILL rfc@rfigueroalaw.com
    g9942@notify.cincompass.com;rodriguez.dimarisb127887@notify.bestcase.com

SERGIO A RAMIREZ DE ARELLANO
    on behalf of Creditor BANCO POPULAR DE PUERTO RICO  SERVICER FOR FREDDIE MAC sramirez@sarlaw.com,
    ddiaz@ecf.courtdrive.com

TOTAL: 6

```
                IN THE UNITED STATES BANKRUPTCY COURT FOR
                       THE DISTRICT OF PUERTO RICO
```

| IN RE: | CASE NO. 19-06674-EAG13 |
|---|---|
| SAUDDY NOEMI HERNANDEZ ONEILL | Chapter 13 |
| JOAN LAUREANO COLON | |
| xx-xx-1670 | |
| xx-xx-7319 | |
| Debtor(s) | FILED & ENTERED ON MAR/18/2024 |

**O R D E R**

The trustee is to file its recommendation of the Debtor's Motion for Post Confirmation Modification of Chapter 13 Plan dated 02/05/2024 (Docket #46) within 21 days.

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of March, 2024.

*Edward A. Godoy*
United States Bankruptcy Judge