IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

IN RE:

**SAUDDY NOEMI HERNANDEZ ONEILL**
**dba Sauddy's Screens**
**JOAN LAUREANO COLON**

xxx–xx–1670
xxx–xx–7319

Debtor(s)

Case No. **19–06674 EAG**

Chapter **13**

FILED & ENTERED ON 3/22/24

*ORDER GRANTING MODIFICATION OF PLAN AFTER CONFIRMATION*

This case is before the Court on Debtor's(s') motion under 11 USC § 1329 to modify the confirmed plan and to confirm the amended plan 2/5/24 (docket entry #46). It appearing that due notice was given and that there are no objections, the Court hereby grants Debtor's(s') motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, March 22, 2024 .

Edward A. Godoy
United States Bankruptcy Judge