United States Bankruptcy Court
District of Puerto Rico

| In re: | | Case No. 19-06674-EAG |
|---|---|---|
| SAUDDY NOEMI HERNANDEZ ONEILL | | Chapter 13 |
| JOAN LAUREANO COLON | | |
| Debtors | | |

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | SAUDDY NOEMI HERNANDEZ ONEILL, JOAN LAUREANO COLON, RR6 BOX 6936, TOA ALTA, PR 00953-9320 |
| 4804663 | + | DEL VALLE RODRIGUEZ LAW OFFICES PSC, LCDO JOSE RAFAEL DEL VALLE RODRIGUEZ, PO BOX 10590, SAN JUAN, PR 00922-0590 |
| 4785656 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4804662 | + | UNIVERSIDAD CENTRAL DE BAYAMON, PO BOX 1725, BAYAMON, PR 00960-1725 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Mar 22 2024 18:46:09 | MAYRA M ARGUELLES ALVAREZ (ZF), JOSE R CARRION CHAPTER 13, PO BOX 9023884, SAN JUAN, PR 00902-3884 |
| cr | + | Email/Text: hildaris.burgos@popular.com | Mar 22 2024 18:46:00 | BANCO POPULAR DE PUERTO RICO, SERVICER FOR FREDDIE, C/O SARLAW LLC, BANCO POPULAR CENTER, SUITE 1022, 209 MUNOZ RIVERA AVE, SAN JUAN, PR 00918-1002 |
| cr | | Email/Text: bkaccounts@islandportfolios.com | Mar 22 2024 18:45:00 | ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF ACE O, PO BOX 361110, SAN JUAN, PR 00936 |
| 4796568 | | Email/Text: hildaris.burgos@popular.com | Mar 22 2024 18:46:00 | BANCO POPULAR DE PUERTO RICO, SERVICER FOR FREDDIE MAC, PO BOX 362708(762), SAN JUAN PR 00936-2708 |
| 4785075 | | Email/Text: hildaris.burgos@popular.com | Mar 22 2024 18:46:00 | Banco Popular de Puerto Rico, Bankruptcy Department, PO Box 366818, San Juan, PR 00936-6818 |
| 4785076 | ^ | MEBN | Mar 22 2024 18:45:50 | CICA Collection Agency, Inc, PO Box 12338, San Juan, PR 00914-0338 |
| 4794454 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2024 18:57:47 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4805388 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2024 18:58:33 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 4786904 | | Email/Text: mrdiscen@discover.com | Mar 22 2024 18:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4785078 | | Email/Text: mrdiscen@discover.com | Mar 22 2024 18:45:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 4855980 | + | Email/Text: arsfilling@gmail.com | Mar 22 2024 18:45:00 | EASTERN AMERICA INSURANCE CO, PO BOX 9023862, SAN JUAN PR 00902-3862 |
| 4785079 | | Email/Text: fblegalcounseling@firstbankpr.com | | |

| | | Mar 22 2024 18:45:00 | FIRST BANK, CONSUMER SERVICE CENTER, BANKRUPTCY DIVISION -CODE 248, PO BOX 9146, SAN JUAN PR 00908-0146 |
|---|---|---|---|
| 4785080 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 22 2024 18:45:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0326 |
| 4785081 | ^ MEBN | Mar 22 2024 18:45:45 | Island Finance, PO Box 71504, San Juan, PR 00936-8604 |
| 4806246 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 22 2024 18:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4806855 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2024 18:57:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4791459 | Email/Text: fblegalcounseling@firstbankpr.com | Mar 22 2024 18:45:00 | MONEY EXPRESS, CONSUMER SERVICE CENTER, BANKRUPTCY DIVISION (CODE 248), PO BOX 9146 SAN JUAN PR 00908-0146 |
| 4785082 | Email/Text: fblegalcounseling@firstbankpr.com | Mar 22 2024 18:45:00 | Money Express, PO Box 9146, San Juan, PR 00908-0146 |
| 4785077 | Email/Text: bankruptcy@claropr.com | Mar 22 2024 18:45:00 | Claro, PO Box 360998, San Juan, PR 00936-0998 |
| 4785083 | Email/Text: hildaris.burgos@popular.com | Mar 22 2024 18:46:00 | Popular Auto, PO Box 366818, San Juan, PR 00936-6818 |
| 4807958 | Email/Text: bkaccounts@islandportfolios.com | Mar 22 2024 18:45:00 | Island Portfolio Services, LLC as servicer of ACE, PO BOX 361110, San Juan PR 00936 |
| 4785084 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2024 18:58:30 | Syncb/Car Care Pep Boy, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 4785085 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2024 18:58:26 | Syncb/Jc Penney Pr, PO Box 965007, Orlando, FL 32896-5007 |
| 4785086 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2024 18:56:35 | Syncb/Rooms to Go, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 4785088 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2024 18:57:58 | Syncb/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 4785087 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2024 18:57:48 | Syncb/tjx Cos, PO Box 965015, Orlando, FL 32896-5015 |
| 4785089 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2024 18:58:30 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | POPULAR AUTO LLC, PO BOX 366818, SAN JUAN, PR 00936-6818 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0104-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2024 | Form ID: pcmg | Total Noticed: 31 |

Date: Mar 24, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2024 at the address(es) listed below:**

**Name**        **Email Address**

CARLOS E PEREZ PASTRANA
     on behalf of Creditor POPULAR AUTO LLC carlos.perezpastrana@popular.com

CHARLINE MICHELLE JIMENEZ ECHEVARRIA
     on behalf of Creditor ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF ACE ONE FUNDING LLC
     noreply.bknotifications@gmail.com

JOSE RAMON CARRION MORALES
     newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
     ustpregion21.hr.ecf@usdoj.gov

ROBERTO FIGUEROA CARRASQUILLO
     on behalf of Debtor SAUDDY NOEMI HERNANDEZ ONEILL rfc@rfigueroalaw.com
     g9942@notify.cincompass.com;rodriguez.dimarisb127887@notify.bestcase.com

SERGIO A RAMIREZ DE ARELLANO
     on behalf of Creditor BANCO POPULAR DE PUERTO RICO  SERVICER FOR FREDDIE MAC sramirez@sarlaw.com,
     ddiaz@ecf.courtdrive.com


TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**SAUDDY NOEMI HERNANDEZ ONEILL**
**dba Sauddy's Screens**
**JOAN LAUREANO COLON**


**xxx−xx−1670**
**xxx−xx−7319**


              Debtor(s)

Case No. **19−06674 EAG**

Chapter **13**

<span style="color:red">FILED & ENTERED ON 3/22/24</span>

*ORDER GRANTING MODIFICATION OF PLAN AFTER CONFIRMATION*

This case is before the Court on Debtor's(s') motion under 11 USC § 1329 to modify the confirmed plan and to confirm the amended plan 2/5/24 (docket entry #46). It appearing that due notice was given and that there are no objections, the Court hereby grants Debtor's(s') motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, March 22, 2024 .

Edward A. Godoy
United States Bankruptcy Judge