IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:                                    CASE NO. 19-06674-EAG13

SAUDDY NOEMI HERNANDEZ ONEILL              Chapter 13

JOAN LAUREANO COLON

xx-xx-1670

xx-xx-7319

                Debtor(s)                  FILED & ENTERED ON JUL/18/2024

# O R D E R

Attorney for Debtor is to reply within twenty-one (21) days as to Trustee's Motion to Dismiss (docket #55).

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of July, 2024.

Edward A. Godoy
United States Bankruptcy Judge