**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**SAUDDY NOEMI HERNANDEZ ONEILL**<br>**dba Sauddy's Screens**<br>**JOAN LAUREANO COLON**<br><br>xxx–xx–1670<br>xxx–xx–7319<br><br>Debtor(s) | Case No. **19–06674 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 8/6/24 |

*ORDER*

The motion filed by Roberto Figueroa–Carrasquillo resigning from legal representation of debtor (docket #58) is hereby granted he debtors must notify their new legal representation within 30 days.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, August 6, 2024 .

Edward A. Godoy
United States Bankruptcy Judge